PENN *v.* BAILY, JUDGE, ET AL.; PENN *v.* STATE.

[No. 0-516. Filed May 26, 1958.]

*Robert Earl Penn, pro se.*

PER CURIAM.—The petitioner seeks a Writ of Mandamus against the respondent judge. The action is not prosecuted in the name of the State of Indiana on the relation of the party seeking the relief. The petition does not comply with Rule 2-35, which requires certified copies of the proceedings upon which the petition is based to be filed with the petition.

For the reasons stated the petition is denied.

NOTE.—Reported in 150 N. E. 2d 571.